UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>HSBC MORTGAGE CORPORATION ET AL,<br><br>        Defendants. | 18-CV-4196 (KMK)<br><br>ORDER OF DISMISSAL |

KENNETH M. KARAS, United States District Judge:

  By Opinion and Order dated September 23, 2020, the Court granted Defendants' Motion to Dismiss the Amended Complaint. (Dkt. No. 33, 38.) The Court also granted Plaintiffs' request to amend the Complaint. (Dkt. No. 38.) The Plaintiffs filed a Second Amended Complaint on November 23, 2020. (Dkt. No. 40.) Defendants filed a Motion To Dismiss Plaintiffs' Second Amended Complaint. (Dkt. No. 41.) The Court dismisses Defendants' pending Motion To Dismiss without prejudice for failure to comply with the Court's individual rules. The Clerk of Court is respectfully requested to terminate the pending Motion. (*Id.*)

SO ORDERED.

Dated: December 8, 2020
     White Plains, New York

                           KENNETH M. KARAS
                             United States District Judge